**2013–1705.   State ex rel. Turner & Assocs., P.A. v. Smith.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. The records of this court indicate that relator has not filed a brief, due March 21, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

## CASE ANNOUNCEMENTS
### *April 8, 2014*

[Cite as *04/08/2014 Case Announcements*, 2014-Ohio-1486.]

## MOTION AND PROCEDURAL RULINGS

**In re Brock.**
On January 17, 2013, this court found Dennis R. Brock to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Brock was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On April 4, 2014, Brock presented a motion for leave to file an appeal

It is ordered by the court that the motion for leave to file is denied.

## CASE ANNOUNCEMENTS
### *April 8, 2014*

[Cite as *04/08/2014 Case Announcements #2*, 2014-Ohio-1494.]

## MOTION AND PROCEDURAL RULINGS

**2014–0504.   State ex rel. Scott v. Franklin Cty. Bd. of Elections.**
Franklin App. No. 14AP–197, 2014-Ohio-1395. This cause is pending before the court as an appeal from the Franklin County Court of Appeals.

Upon consideration of appellant's motion to supplement the record, it is ordered by the court that appellee shall file a response, if any, to the motion to supplement the record no later than Thursday, April 10, 2014.